UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAYAM EL GAMAL and HABIBA
SOLIMAN,

Petitioners,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-11368

HONORABLE STEPHEN J. MURPHY, III

/

## <u>ORDER GRANTING MOTION TO DISMISS [3]</u>

On April 25, 2026, Hayam El Gamal, Habiba Soliman, and four minor children petitioned the Court for a writ of habeas corpus and filed an ex parte application for a temporary restraining order to prevent their removal from the United States. ECF Nos. 1, 2. The next day, Petitioners moved to voluntarily dismiss the case pursuant to Federal Rule of Civil Procedure 41(a). ECF No. 3.

Petitioners may voluntarily dismiss a case "without a court order" if they file "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because Petitioners filed their motion before Respondents answered or moved for summary judgment, they are entitled to dismissal. Accordingly, the Court will grant the motion. The Court will also deny the pending application for a temporary restraining order as moot.

**WHEREFORE**, it is hereby **ORDERED** that the motion to dismiss [3] is **GRANTED**.

1

**IT IS FURTHER ORDERED** that the application for a temporary restraining order [2] is **DENIED AS MOOT**.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 27, 2026